PROB 12B
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2014

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stephanie Yvette Jones           Case Number: 4:05CR00251-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Original Offense:      Use of an Unauthorized Access Device

Date of Sentence:      September 7, 2006

Original Sentence:     37 months Bureau of Prisons to be served consecutive to the undischarged term the defendant served in the Arkansas Department of Correction, 3 years supervised release, mental health counseling, financial disclosure, no new lines of credit, no credit cards at all in her name or anyone else's name, $16,625.17 restitution, and $100 special penalty assessment

                       May 15, 2013: Revoked - 15 months Bureau of Prisons, 1 year supervised release, $15,955.17 restitution. The defendant shall follow all standard conditions of supervised release and all other conditions previously imposed.

Type of Supervision: Supervised Release         Date Supervision to Commence: April 1, 2014
                                                Date Supervision Expires: March 31, 2014

U.S. Probation Officer: Tabitha L. Mitchell    Asst. U.S. Attorney: Michael Gordon    Defense Attorney: Lisa Peters

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of four (4) months to commence immediately when placement is established, and will abide by all rules and regulations of that facility.**

## CAUSE

Ms. Jones' term of supervised release is scheduled to commence on April 1, 2014. She is currently in the custody of the Bureau of Prisons and arrived to residential re-entry placement at the City of Faith on February 27, 2014. During her intake, she advised she has no release plan. Ms. Jones agreed to have her

Case 4:05-cr-00251-SWW Document 56 Filed 03/10/14 Page 2 of 3

Prob 12B                                    -2-                     Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                    with Consent of the Offender

Name of Offender: Stephanie Yvette Jones          Case Number: 4:05CR00251-001 SWW

conditions modified to include residential re-entry center (RRC) placement for four (4) months. This placement will afford her the opportunity to obtain employment and establish her own residence. She signed the attached PROB 49, waiving her right to a hearing. Assistant Federal Public Defender Lisa Peters was contacted, and she reviewed the waiver of hearing to modify conditions of supervised release with Ms. Jones.

_____          _____
Tabitha L. Mitchell                       Michael Gordon
U.S. Probation Officer                    Assistant U.S. Attorney

Date: February 28, 2014                   Date: 3/5/14

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

3-10-2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, for a period of four (4) months to commence immediately when placement is established, and will abide by all the rules and regulations of that facility.

Witness: _Tabitha I Mitchell_   Signed: _Stephen Y Jones_
U.S. Probation Officer                Probationer or Supervised Releasee

_2-27-2014_
DATE

_Lisa G. Peters_
Defense Counsel